1   **George W. Murgatroyd, III** (SBN 109761)
2   **Karen Barth Menzies** (SBN 180234)
    **Robert M. Brava-Partain** (SBN 221477)
3   **Jessica R. Dart** (SBN 225054)
4   **BAUM HEDLUND, A Professional Corporation**
    12100 Wilshire Blvd., Suite 950
5   Los Angeles, CA  90025
6   310-207-3233; Fax 310-820-7444

7
    Attorneys for Plaintiff
8   ALIREZA HADIAN

9

10              **UNITED STATES DISTRICT COURT**

11             **NORTHERN DISTRICT OF CALIFORNIA**

12

13  IN RE: BEXTRA AND CELEBREX          ) Case No. M:03-CV-01699-CRB
14  MARKETING, SALES PRACTICES          )
    AND PRODUCTS LIABILITY              ) MDL No. 1699
15  LITIGATION                          )
16                                      )
    _____ ) JUDGE BREYER
17  This document relates to:           )
18                                      ) **STIPULATION AND ORDER OF**
    **ALIREZA HADIAN**                  ) **DISMISSAL ONLY AS TO CASE**
19  **Individual Case No. 3:06-cv-02276-CRB** ) **NUMBER CV 05-08365-VAP**
                                        ) **(SGLx), ORIGINALLY FILED IN**
20                                      ) **THE CENTRAL DISTRICT OF**
                                        ) **CALIFORNIA**
21  _____ )

22
23          **IT IS HEREBY STIPULATED AND AGREED** by and between counsel

24  for Plaintiff and counsel for Defendants that the Complaint of Plaintiff ALIREZA

25  HADIAN, Case Number CV 05-08365-VAP (SGLx), originally filed in the Central

    District of California on November 19, 2005 and later transferred to MDL No. 1699,
26
    *In Re: Bextra and Celebrex, Marketing, Sales Practices and Products Liability*
27
    *Litigation*, with the assigned individual case number 3:06-cv-02276-CRB, may be
28
    and is hereby dismissed without prejudice.

---
                                    1

1    The parties hereby stipulate that Plaintiff will proceed in the MDL only

2  through the California action, and jurisdiction and venue for the trial of the action

3  will be proper in whichever of the following is selected by Pfizer: San Francisco,

4  Los Angeles, Missouri.

5    The parties shall each bear their own costs.

6

7  Dated: May 8, 2006                      BAUM HEDLUND
                                           A Professional Corporation
8

9

10                                         _____
                                           George W. Murgatroyd, III
11                                         Karen Barth Menzies
                                           Robert M. Brava-Partain
12                                         Jessica R. Dart
                                           12100 Wilshire Blvd., Suite 950
13                                         Los Angeles, CA  90025
                                           Telephone: (310) 207-3233;
14                                         Fax : (310) 820-7444
15

16

17                                         *Counsel for Plaintiff*
                                           ALIREZA HADIAN
18

19

20  Dated: May 19, 2006                    GORDON & REES

21

22                                         _____
                                           Stuart M. Gordon, Esq.
23                                         sgordon@gordonrees.com
                                           Embarcadero Center West
24                                         275 Battery Street, 20th Floor
25                                         San Francisco, CA 94111
                                           Telephone: (415) 986-5900
26                                         Fax: (415) 986-8054

27

28                                         *Defendants' Liaison Counsel*

---

2

Stipulation and Order of Dismissal

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.


Dated: _ May 24, 2006 ___

HONORABLE CHARLES R. BREYER



---

3